IN THE UNITED STATE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

MAC R. BOYD,

    Plaintiff,

vs.                       No. 2:04-cv-0029

MID-CENTURY INSURANCE COMPANY,

    Defendant.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that this Cause came to be heard before the Honorable Judge Juliet E. Griffin, Magistrate Judge for the Middle District of Tennessee of the United States District Court for the Middle District of Tennessee upon statements from counsel and the entire record in this Cause from all of which it appears to the Court that the parties have amicably settled their differences and that the Plaintiff, Mac R. Boyd, respectfully requests that the Complaint filed herein be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED ADJUDGED AND DECREED** by consent: that the above referenced and captioned Cause is hereby dismissed with prejudice for the reasons set out hereinabove and the costs of this Cause shall be taxed to the Defendant for which let execution issue if necessary. All of this is both reasonable and proper.

_____
JUDGE JULIET E. GRIFFIN

_____May 16, 2008_____
DATE

/s/Christopher L. Nearn
CHRISTOPHER L. NEARN (13023)
Attorney for *Mid-Century Insurance*
9032 Stone Walk Place
Germantown, TN 38138
(901) 759-3489
File No.: 5.3290

/s/Howard L. Upchurch
HOWARD L. UPCHURCH (10145)
Attorney for *Mac R. Boyd*
P.O. Box 381
Pikeville, TN 37367
(423) 447-2903